

171 Madison Avenue, Suite 305
New York, NY 10016
Tel: (917) 809-7014
Fax: (917) 398-1772
Dtm@injurylawatty.com

June 2, 2023

**VIA ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

      Re:    Bah, Housinatou v. USA and USPS *1:23-cv-3011*
               Request for Adjournment of the Initial Status Conference

Dear Hon. Ronnie Abrams:

This firm represents the Plaintiff, Housinatou Bah, in this matter. This letter motion is respectfully submitted, pursuant to Your Honor's Individual Rules of Practice, to respectfully request an adjournment of the Initial Status Conference that is currently scheduled for June 14, 2023. In addition to the above referenced Conference, the date for the Proposed Case Management Plan is currently due by June 7, 2023.

As of the date of this letter motion, we are still waiting on an affidavit of service from our process server as to the USPS Defendant and the time to file an answer for the Defendant USA has not yet passed. We do expect to receive the affidavit of service for the Defendant USPS in the next two weeks and therefore, we are requesting an adjournment of the Initial Status Conference. We would respectfully suggest that the Conference be adjourned to July 26, 2023 with the date for submittal of the Proposed Case Management Plan adjourned to July 19, 2023.

If the Court requires any additional information from our office, please do not hesitate to ask.

Thank you in advance for your consideration

Very truly yours,

*Darren Moore*

DARREN MOORE

Application granted.  The telephonic initial pretrial conference is hereby adjourned to July 26, 2023 at 2:00 p.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#.  No later than July 19, 2023, the parties shall submit a joint status letter and proposed case management plan, as described by this Court's prior order in this action.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
06/05/2023