UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOUSAINATOU BAH,

                Plaintiff,

        v.

UNITED STATES OF AMERICA, UNITED
STATES POSTAL SERVICE and JOHN
DOE,

                Defendants.

No. 23-cv-3011 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 3, 2025, the parties held a settlement conference before Magistrate Judge Parker.  No later than March 10, 2025, the parties shall file a joint letter updating the Court on the status of settlement negotiations and proposing next steps in the case.

SO ORDERED.

Dated:      March 6, 2025
            New York, New York

Ronnie Abrams
United States District Judge